QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
Kristin N. Tahler (Bar No. 261908)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
kristentahler@quinnemanuel.com

*Attorneys for Respondent iRhythm Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN  DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Respondent. | Civil Action No.: 3:24-cv-03967<br><br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Kristen N. Tahler (Bar No. 261908), of Quinn Emanuel Urquhart & Sullivan, LLP, who is admitted to practice before this Honorable Court, hereby appears as counsel in the above-captioned action on behalf of Respondent iRhythm Technologies, Inc. and requests that she be electronically notified of all future pleadings, papers, correspondence, and electronic filing notices at kristentahler@quinnemanuel.com. Her contact information is:

> Kristin N. Tahler  (Bar No. 261908)
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> Telephone:  (213) 443-3000
> kristentahler@quinnemanuel.com

DATED: July 3, 2024　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP


　　　　　　　　　　　　　　　　　　　By */s/ Kristin N. Tahler*
　　　　　　　　　　　　　　　　　　　　　Kristin N. Tahler

　　　　　　　　　　　　　　　　　　　*Attorney for Respondent iRhythm Technologies, Inc.*