1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General, Civil Division
2  AMANDA N. LISKAMM
   Director, Consumer Protection Branch
3  MAX J. GOLDMAN (NYBN 5304597)
   Trial Attorney, Civil Division
4  United States Department of Justice
5
       450 5th Street, N.W.
6      Washington, DC 20001
       Telephone: (202) 353-7664
7      Email: max.j.goldman@usdoj.gov
8
   Attorneys for Petitioner
9  UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,          )  Civil Action No. 3:24-cv-03967-AMO
                                       )
15          Petitioner,                )
                                       )
16      v.                             )  **GOVERNMENT'S OBJECTION TO**
                                       )  **RESPONDENT'S FILING OF A REPLY IN**
17  IRHYTHM TECHNOLOGIES, INC.,        )  **SUPPORT OF ITS ADMINISTRATIVE**
                                       )  **MOTION TO SEAL GOVERNMENT'S**
18          Respondent.                )  **PETITION FOR ORDER TO SHOW CAUSE**
                                       )  **AND APPLICATION FOR ENFORCEMENT**
19                                     )  **OF ADMINISTRATIVE SUBPOENA (NO. 6)**
                                       )
20  _____)

21          Petitioner, the United States of America, objects to Respondent's Reply in Support of Its

22  Administrative Motion to Seal Government's Petition for Order to Show Cause and Application for

23  Enforcement of Administrative Subpoena filed on July 7, 2024, Dkt. No. 6, on the grounds that it violates

24  Civil L.R. 7-11.

25          On July 1, the Government filed its Petition for Order to Show Cause and Application for

26  Enforcement of Administrative Subpoena and attached a declaration and exhibits. (ECF No.1).  On July

27  3, iRhythm filed an administrative motion to move the Court to seal certain portions of the Government's

28

Petition and the attached exhibits.  (ECF No. 4).  On July 6, 2024, the Government timely filed its response to iRhythm's administrative motion.  (ECF. No. 5).  On July 7, 2024, iRhythm filed a Reply in Support of Its Administrative Motion to Seal Government's Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena.  (ECF. No. 6).

Respondent's reply is improper under the Court's Civil Local Rules. Civil L.R. 7-11, refers only the timeframe to file motions in *support* or *opposition* to administrative motions after the filing.  There is no timeframe set for a reply to a memorandum in opposition.   The absence of timing specified makes clear that replies are not permitted under the rules.  The expedited timeframe of an administrative motion detailed in Civil L.R. 7-11(c) makes clear the Court should decide a matter without reviewing a reply from the moving party.  "A Motion for Administrative Relief is deemed submitted for *immediate determination* without hearing on the day after the opposition is due." *Id.* (emphasis added).   In this case, the Government's memorandum opposition to iRhythm's administrative motion was due July 8, 2024 and the administrative motion concerning sealing is set to be decided by the Court on July 9, 2024.  To allow iRhythm an opportunity to file a reply would allow an end-around to Civil L.R. 7-11's stringent page and timing requirements not permitted by this Court's Local Rules.

For the foregoing reasons, Petitioner objects to Respondent's supplemental filing. Petitioner respectfully requests that the Court strike the Respondent's Reply in Support of Its Administrative Motion to Seal Government's Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena from the docket or otherwise give it no consideration in ruling on Respondent's administrative motion to seal.

1

2    DATED: July 8, 2024                    Respectfully submitted,
                                            AMANDA N. LISKAMM
3                                           Director, Consumer Protection Branch

4

5                                           _____

6                                           MAX J. GOLDMAN
                                            Trial Attorney
7                                           Attorneys for Petitioner United States of America

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28