| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kristin N. Tahler (Bar No. 261908)<br><br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>kristentahler@quinnemanuel.com<br><br>*Attorneys for Respondent iRhythm Technologies, Inc.* | UNITED STATES DEPARTMENT OF JUSTICE<br>Brian M. Boynton<br>Principal Deputy Assistant Attorney General, Civil Division<br>Amanda N. Liskamm<br>Director, Consumer Protection Branch<br>Max J. Goldman (NYBN 5304597)<br>Trial Attorney, Civil Division<br><br>450 5th Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 353-7664<br>Email: max.j.goldman@usdoj.gov<br><br>*Attorneys for Petitioner United States of America* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Respondent. | Civil Action No. 3:24-cv-03967-AMO<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING** |

On July 1, 2024, the Government filed its Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena. Dkt. No. 1. On July 10, 2024, the Court issued an order setting an initial case management conference for October 3, 2024, and setting other case management dates. Dkt. No. 8.

Petitioner United States of America and Respondent iRhythm Technologies, Inc., having met and conferred, and without waiver of any rights, jointly request that the Court issue an order setting the following case schedule:

- August 16, 2024: Deadline for Respondent to file its response to the Petition.
- September 6, 2024: Deadline for Petitioner to file its reply to such response.
- October 10, 2024, at 2:00 p.m.: Hearing on the Petition.

Further, actions to enforce an administrative subpoena are typically resolved through briefing, and do not involve discovery or ADR. *See, e.g.,* Fed. R. Civ. P. 26(a)(1)(B)(v) (exempting an action to enforce an administrative subpoena from initial disclosure requirements). Therefore, the parties respectfully submit that it would present the most efficient use of judicial and party resources to vacate the initial case management conference set for October 3, 2024, as well as all attendant case management and ADR deadlines.

IT IS SO STIPULATED.

DATED: July 16, 2024            Respectfully submitted,

AMANDA N. LISKAMM
Director, Consumer Protection Branch

*/s/ Max J. Goldman*
MAX J. GOLDMAN
Trial Attorney
*Attorneys for Petitioner United States of America*

DATED: July 16, 2024            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kristin N. Tahler\**
KRISTIN N. TAHLER
*Attorneys for Respondent iRhythm Technologies, Inc.*

*In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests under penalty of perjury that each of the other Signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, it is hereby ordered that:

- Respondent shall file its response to the Petition on or by August 16, 2024.
- Petitioner shall file its reply to such response on or by September 6, 2024.
- The hearing on the Petition shall take place on October 10, 2024, at 2:00 p.m.

Further, the initial case management conference currently set for October 3, 2024, is vacated, along with all attendant case management and ADR deadlines.

IT IS SO ORDERED.

DATED:_____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge