BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
AMANDA N. LISKAMM
Director, Consumer Protection Branch
MAX J. GOLDMAN (NYBN 5304597)
Trial Attorney, Civil Division
United States Department of Justice

    450 5th Street, N.W.
    Washington, DC 20001
    Telephone: (202) 353-7664
    Email: max.j.goldman@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Respondent. | Civil Action No. 3:24-cv-03967-AMO<br><br>**UNITED STATES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Petitioner United States of America ("Government") submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

Attached to this Motion, the Government submits its Reply in Support of its Petition for an Order to Show Cause to Enforce its Administrative Subpoena ("Reply"). Respondent has designated certain information in the Government's Reply as sensitive commercial information or personally identifiable information that is sealable. As Respondent iRhythm has designated certain material as confidential, the Government seeks to file its Reply under seal to allow Respondent the opportunity to review the Government's Reply, designate what material it believes should be filed under seal and file a statement and/or declaration as described in 79-5(c), within 7 days with pursuant to the protocol as described under LR 79-5(f). Petitioner continues to argue that these materials or information do not satisfy the requirements for sealing and reserves the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Government's Reply in Support of its Petition. | | 21-2 | 21-1 | Respondent | Full | Respondent's assertion that certain material is: **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm | |

**UNITED STATES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
NO. 3:24-CV-03967-AMO

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | iRhythm competitively. All information, apart from the redacted portion, remains available to the public. **Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |

For the reason set forth above, Petitioner, United States of America, respectfully requests that the Court permit the unredacted Reply to be conditionally filed under seal.

Dated:  September 6, 2024                           Respectfully Submitted,


AMANDA N. LISKAMM
Director, Consumer Protection Branch


*/s/ Max J. Goldman*
Max J. Goldman
Trial Attorney
Attorney for Petitioner United States of America