| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kristin N. Tahler (Bar No. 261908)<br><br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>kristentahler@quinnemanuel.com<br><br>*Attorneys for Respondent iRhythm Technologies, Inc.* | UNITED STATES DEPARTMENT OF JUSTICE<br>BRETT A. SHUMATE<br>Principal Deputy Assistant Attorney General, Civil Division<br>AMANDA N. LISKAMM<br>Director, Consumer Protection Branch<br>MAX J. GOLDMAN (NYBN 5304597)<br>Trial Attorney, Civil Division<br><br>450 5th Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 353-7664<br>Email: max.j.goldman@usdoj.gov<br><br>*Attorneys for Petitioner*<br>*United States of America* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Respondent. | Case No. 3:24-cv-03967-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY HEARING SCHEDULE** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Respondent iRhythm Technologies Inc. ("iRhythm") and Petitioner the United States of America ("the Government," and together with iRhythm, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on July 1, 2024, the Government filed a Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena (the "Petition");

**WHEREAS**, on July 18, 2024, the Court set a hearing date for December 5, 2024 (Dkt. 10);

**WHEREAS**, on November 20, 2024, the Court issued an order continuing the hearing date to December 12, 2024 (Dkt. 28);

**WHEREAS**, counsel for iRhythm had pre-existing scheduling commitments on December 12, 2024;

**WHEREAS,** the Parties conferred via email regarding an alternate hearing date and reached an agreement;

**WHEREAS,** on November 25, 2024, the Parties filed a Joint Stipulation and Proposed Order to Modify Hearing Schedule (Dkt. 29);

**WHEREAS,** on November 26, 2024, the Court set a hearing date for March 6, 2025 (Dkt. 30);

**WHEREAS,** counsel for iRhythm have a scheduling conflict on March 6, 2025;

**WHEREAS,** the Parties conferred via email regarding an alternate hearing date and reached an agreement;

**WHEREAS**, this stipulation is supported by the Declaration of K. Tahler, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between iRhythm and the Government that, subject to the Court's approval, the Court continue the hearing date for the Petition to March 31, 2025; or, in the alternative, to March 24, 2025. Alternatively, if the foregoing dates are not available,

iRhythm requests that the Court continue the hearing date for the Petition to the earliest available date in April.[1]

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  February 20, 2025        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:     /s/ Kristin N. Tahler
        Kristin N. Tahler

*Attorneys for Respondent iRhythm Technologies, Inc.*


UNITED STATES DEPARTMENT OF JUSTICE


By:      /s/ Max J. Goldman
        Max J. Goldman

*Attorneys for Petitioner the United States of America.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.  The March 6, 2025 hearing is continued to April 21, 2025 at 11:00 a.m.**

Dated:  February 24, 2025


_____
Honorable Araceli Martínez-Olguín
United States District Judge

---

[1]  The Government does not consent to the alternative request to continue the hearing date for the Petition to any date later than March 31.