UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-cv-03967-AMO |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING ADMINISTRATIVE MOTIONS TO SEAL WITHOUT PREJUDICE** |
| IRHYTHM TECHNOLOGIES, INC., | |
| Defendant. | Re: Dkt. Nos. 4, 17, 21, 22 |

The pending administrative motions to seal, ECF 4, 17, 21, 22, are **DENIED WITHOUT PREJUDICE** to re-submission of a single consolidated motion listing all materials any designating party seeks to seal. The consolidated motion should not be accompanied by new declarations or new redacted or unredacted versions as exhibits. Instead, the designating party should refer back to those documents by referencing the relevant docket number as noted in the CM/ECF header of each previously filed document. The consolidated motion must include a single proposed order, listing all materials any designating party seeks to seal, in the following format:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| *Example:* John Doe Medical Records | 34-2 | 35-2 | 35 | Plaintiff | Partial (specify page and line) | Sensitive portions of medical record are unrelated to the claims. | |

The consolidated motion to seal and proposed order shall be filed by no later than April 4, 2025, with a Word version of the proposed order emailed to amopo@cand.uscourts.gov, also by April 4, 2025.

**IT IS SO ORDERED.**

Dated: March 11, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**