QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin N. Tahler (Bar No. 261908)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kristintahler@quinnemanuel.com

*Attorneys for Respondent iRhythm Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.: 3:24-cv-03967-AMO |
| Petitioner, | |
| v. | |
| IRHYTHM TECHNOLOGIES, INC., | **IRHYTHM'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT** |
| Respondent. | |

In accordance with Northern District of California Civil Local Rule 7-11, iRhythm respectfully moves the Court for leave to exceed the page limit for its forthcoming Consolidated Motion to Seal.

iRhythm requests to exceed the 5-page limit that would otherwise apply by 10 pages, for a total of 15 pages. This extension is necessary to consolidate its six previously filed sealing briefs into a single motion for the Court's consideration. Declaration of Kristin Tahler, filed concurrently herewith ("Tahler Decl.") ¶ 2. The additional pages are required to adequately and comprehensively address the issues. *Id.*

A stipulation could not be obtained from the Government. *Id.* ¶ 3. However, the Government advised that it takes no position with respect to this request, but asks that it receive an equivalent increase in the page limit applicable to its opposition brief. *Id.* ¶ 4.

DATED: March 27, 2025.                    QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                   By   /s/ *Kristin Tahler*

                                        Kristin Tahler
                                        *Attorneys for iRhythm Technologies, Inc.*