| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>YAAKOV M. ROTH<br>Acting Assistant Attorney General, Civil Division<br>AMANDA N. LISKAMM<br>Director, Consumer Protection Branch<br>MAX J. GOLDMAN (NYBN 5304597)<br>Trial Attorney, Civil Division<br><br>450 5th Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 353-7664<br>Email: max.j.goldman@usdoj.gov<br><br>*Attorneys for Petitioner*<br>*United States of America* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kristin N. Tahler (Bar No. 261908)<br><br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>kristentahler@quinnemanuel.com<br><br>*Attorneys for Respondent*<br>*iRhythm Technologies, Inc* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>  Respondent. | Civil Action No.: 3:24-cv-03967-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF, STIPULATION, AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS** |

Pursuant to Local Rule 7-11, Petitioner the United States of America (the "Government") and Respondent iRhythm Technologies, Inc. ("iRhythm," and together with the Government, the "Parties"), by and through their respective undersigned counsel, stipulate and jointly move the Court for Administrative Relief to extend the page limitations applicable to the Parties' briefing on iRhythm's forthcoming consolidated motion to seal.

**WHEREAS**, on July 1, 2024, the Government filed a Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena (ECF No. 1, the "Petition");

**WHEREAS**, on July 3, 2024, iRhythm filed an Administrative Motion to Seal portions of the Petition and supporting documents (ECF No. 4);

**WHEREAS**, on August 16, 2024, iRhythm filed its Opposition to the Petition (ECF No. 16) and concurrently filed an Administrative Motion to Seal portions of the Opposition and supporting documents (ECF No. 17);

**WHEREAS**, on September 6, 2024, the Government filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 21), attaching under provisional seal as Exhibit 1 an unredacted version of its Reply in support of its Petition (ECF No. 21-2);

**WHEREAS**, on September 13, 2024, iRhythm filed an Administrative Motion to Seal the Government's Reply (ECF No. 22);

WHEREAS, on March 11, 2025, the Court, in its Order Denying Administrative Motions to Seal Without Prejudice and Directing the Filing of a Consolidated Motion (ECF No. 33) directed re-submission of a single consolidated motion listing all materials any designating party seeks to seal;

**WHEREAS**, on March 27, 2025 iRhythm filed an administrative motion to exceed the page limits for its forthcoming Consolidated Motion to Seal (ECF No. 34).

**WHEREAS**, on March 31, 2025, the Court granted iRhythm's Administrative Motion to Exceed Page Limit filed in connection with its forthcoming Consolidated Motion to Seal, permitting iRhythm to file a 15-page brief (ECF No. 35).

**NOW THEREFORE**, subject to the approval of the Court, the Parties, through their undersigned counsel, hereby **STIPULATE and AGREE** as follows:

1. The Government's brief in opposition to iRhythm's forthcoming consolidated motion to seal shall not exceed 15 pages.

**IT IS SO STIPULATED.**

DATED: April 7, 2025.                              Respectfully submitted,

/s/                                                /s/

Max J. Goldman                                     Kristin N. Tahler
*Counsel for Petitioner the United States of*      *Counsel for iRhythm Technologies, Inc.*
*America*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: _____, 2025

                                                   _____
                                                   Hon. Araceli Martínez-Olguín
                                                   United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on April 7, 2025.

/s/ _____
Max J. Goldman