QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin N. Tahler (Bar No. 261908)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kristintahler@quinnemanuel.com

*Attorneys for Respondent*
*iRhythm Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Respondent. | Civil Action No.: 3:24-cv-03967-AMO<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL THE COURTROOM |


Case 3:24-cv-03967-AMO    Document 47    Filed 04/30/25    Page 2 of 2

1  **[PROPOSED] ORDER**

2  Before the Court is Respondent iRhythm Technologies Inc.'s ("iRhythm") Administrative
3  Motion to Seal the Courtroom during the Court's April 21, 2025 hearing on the Government's
4  Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena
5  (ECF No. 1).  Having considered the Motion, supporting declaration, and other papers on file, and
6  good cause having been found, the Court ORDERS that the courtroom be closed to the public during
7  the parties' argument on the Government's Petition during the April 21, 2025 hearing.

**SO ORDERED**.

DATED: _____    _____
                                                                                                                            United States District Judge



DENIED
Judge Araceli Martínez-Olguín
April 30, 2025

Case No. 3:24-cv-03967-AMO
[PROPOSED] ORDER GRANTING IRHYTHM'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM