**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.: No.: 3:24-cv-03967-AMO |
|     Petitioner, | |
| v. | |
| iRHYTHM TECHNOLOGIES, INC., | **ORDER RE CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL** |
|     Respondent. | |

1

## ORDER

2       Before the Court is Respondent iRhythm Technologies Inc.'s ("iRhythm") Consolidated

3   Administrative Motion to Seal portions of the Government's Petition for Order to Show Cause and

4   Application for Enforcement of Administrative Subpoena (Dkt No. 1), Declaration of Max Goldman

5   (Dkt No. 1-1), and supporting Exhibits (Dkt Nos. 1-4 to 1-13); Respondent's Opposition to Petition

6   for Order to Show Cause and Application for Enforcement of Administrative Subpoena

7   ("Opposition") (Dkt No. 16), Declaration of Mark Day in Support of the Opposition (Dkt No. 16-

8   1), Declaration of Kristin Tahler in Support of the Opposition (Dkt No. 16-2), and supporting

9   Exhibits (Dkt Nos. 16-3, 16-5 to 16-7); and the Government's Reply in Support of Its Petition for

10  Order to Show Cause and Application for Enforcement of Administrative Subpoena (Dkt No. 21-

11  2).  Having considered the Motion, supporting declarations, and other papers on file, and good cause

12  having been found, the Court ORDERS as follows:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Government's Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena | 4-2 | 1 | 4-1 | iRhythm | **Partial**<br><br>Page 1: Lines 5-6, 13-15, 18<br><br>Page 3: Lines 10-14, 16, 18, 20-23<br><br>Page 4: Lines 1-10, 14-17, 19-22, 25-28<br><br>Page 5: Lines 1-2, 5-9, 16-17, 23-27<br><br>Page 6: Lines 3-27<br><br>Page 7: Lines 2-6, 8-27 | **Confidential iRhythm Commercial Information:** The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm | **GRANTED**, with the exception of the iRhythm employee names appearing in the document. |

Case No. 3:24-cv-03967-AMO
ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Page 8: Lines 3-5, 7-8, 10, 13-14<br><br>Page 9: Lines 18-19<br><br>Page 10: Lines 7, 22, 25, 27<br><br>Page 11: Line 1<br><br>Page 12: Lines 5-10, 13-14, 16, 27-28 | competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Max Goldman | 4-3 | 1-1 | 4-1 | iRhythm | **Partial**<br><br>Page 2: Lines 17, 19-22<br><br>Page 3: Lines 1, 6 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided | **GRANTED.** |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public. | |
| Declaration of Max Goldman, Exhibit 3 | 4-4 | 1-4 | 4-1 | iRhythm | **Partial**  The following columns on all pages: "Parent Date and Time (UTC)," "Document Date and Time (UTC)," "File Name or Email Subject (Redacted or Full)," "Email From or Custodian," "Commenters and/or Revisers," "To," "CC," "BCC," and "Description" | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the | **DENIED** for failure to narrowly tailor redactions to confidential commercial information. Within 7 days, iRhythm may submit a revised motion to seal, limiting its proposed redactions to email domain information or content that may reveal the subject matter of the entries logged. |

ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to names and email addresses of current and former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Max Goldman, Exhibit 4 | 4-5 | 1-5 | 4-1 | iRhythm | **Partial**<br><br>Page 1: Paragraph 1, Lines 2-3; Paragraph 2, Line 3; Paragraph 3, Lines 1-6; Paragraph 4, Line 2<br><br>Page 2: Paragraph 1, Lines 1, | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the | **GRANTED**, except as to iRhythm employee names appearing in the document. |

Case 3:24-cv-03967-AMO    Document 51    Filed 05/30/25    Page 6 of 26


| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | 4-7; Paragraph 3, Line 1; Bullet 3, Line 2; Bullet 4, Line 1; Bullet 5, Lines 1-2 | Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public. | |
| | | | | | Page 3: Bullet 6, Line 1; Paragraph 1, Line 2; Paragraph 4, Line 1 | | |
| | | | | | Page 4: Paragraph 1, Line 2; Paragraph 2, Line 2; Paragraph 3, Lines 1-3, 5, 7-9; Paragraph 4, Lines 1-3; Paragraph 5, Lines 1, 3-5 | **Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Max Goldman, Exhibit 5 | 4-6 | 1-6 | 4-1 | iRhythm | **Partial** Page 1: Paragraph 1, Lines 4-5; | **Confidential iRhythm Commercial Information**: The redacted material | **GRANTED**, except as to iRhythm employee names and titles |

Case No. 3:24-cv-03967-AMO
ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Paragraph 2, Lines 8, 10<br><br>Page 2: Numbered Heading I; Paragraphs 1-2; Paragraph 3, Lines 1-6<br><br>All columns in the table on Pages 2-4<br><br>Page 4: Table Footnote *, Line 2; Paragraph 1, Lines 1, 15-20; Paragraph 2, Lines 1-4<br><br>Page 5: Paragraph 2, Lines 4, 6; Paragraph 3, Lines 1, 12-14; Paragraph 4, Lines 2-3<br><br>Page 6: Heading II; Paragraph 2, Lines 1-3, 5-7; Paragraph 3, Lines 2-6; Heading III; Paragraph 4, Lines 1-3, 5; Paragraph | contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could | appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | 4, Lines 2-3, 7-8 | potentially damage individual privacy interests. | |
| Declaration of Max Goldman, Exhibit 6 | 4-7 | 1-7 | 4-1 | iRhythm | **Partial**<br><br>Page 1: Paragraph 1, Lines 5-6; Paragraph 2, Lines 2, 4-5,8, 10<br><br>Page 2: Paragraph 1, Lines 2; Paragraph 2, Lines 2-5, 7-8; Paragraph 3, Lines 1-8, 10; Paragraph 4, Lines1-4 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying | **GRANTED.** |

ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Max Goldman, Exhibit 7 | 4-8 | 1-8 | 4-1 | iRhythm | **Partial**<br><br>Page 1: Paragraph 1, lines 4-5<br><br>Page 2: Bullet 1, Lines 1-2; Bullet 2, Line 1; Bullet 3, Lines 2-3; Bullet 4, Line 1; Bullet 5, Lines 1-2; Bullet 6, Lines 1-2; Bullet 7, Line 1; Bullet 8, Lines 1-2; Bullet 9, Lines 1-2; Bullet 10, Lines 1-2; Bullet 11, Lines 1-2<br><br>Page 3: Bullet 1, Line 2; Bullet 2, | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Lines 3-4; Bullet 3, Lines 1-2; Heading I; Paragraph 1 (under Heading I), Lines 1-5; Paragraph 2 (under Heading I), Lines 1-11; Paragraph 3 (under Heading I), Lines 1-6<br><br>Page 4: Paragraph 1, Lines 1-7; Underlined Heading; Paragraph 2, Lines 3-5; Paragraph 3, Lines 1-6; Heading II; Paragraph 4, Lines 1-9; Paragraph 5, Line 2<br><br>Page 5: Paragraph 2, Lines 1-3<br><br>All Columns on Table on Pages 5-6<br><br>Page 6: Table Footnote *, Line 2; Heading III; | available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |

ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Paragraph 1, Lines 1-4, 6-9 | | |
| Declaration of Max Goldman, Exhibit 8 | 4-9 | 1-9 | 4-1 | iRhythm | **Partial**<br><br>Page 1: Paragraph 1, Lines 3-4, 7-8; Paragraph 3, Lines 2-5, 6<br><br>Page 2: Paragraph 1, Lines 1-6; Paragraph 2; Paragraph 3, Lines 1-15; Paragraph 4, Lines 2, 4; Paragraph 5, Line 7<br><br>Page 3: Paragraph 1, Lines 1, 4-5; Paragraph 2, Lines 1-3; Footnote 1, Line 1 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Max Goldman, Exhibit 9 | 4-10 | 1-10 | 4-1 | iRhythm | **Partial** Page 1: Paragraph 1, Lines 2, 4-6; Paragraph 2, Lines 5-7 | **Confidential iRhythm Commercial Information:** The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| | Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| | Declaration of Max Goldman, Exhibit 10 | 4-11 | 1-11 | 4-1 | iRhythm | **Partial**<br><br>Page 1: Paragraph 2, Lines 2, 4,13-15; Paragraph 4, Lines 5-6, 10<br><br>Page 2: Paragraph 1, Line 1; Paragraph 3, Lines 2, 4-6; Paragraph 4, Lines 5-7 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Max Goldman, Exhibit 11 | 4-12 | 1-12 | 4-1 | iRhythm | **Partial**<br><br>Page 1: Paragraph 4, Lines 1-2<br><br>Page 2: Paragraph 2, Lines 2, 4, 14-16 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Page 3: Paragraph 2, Lines 5, 7, 10; Paragraph 3, Line 1<br><br>Page 4: Paragraph 1, Lines 1, 3-5; Paragraph 2, Lines 5-8 | customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |

Case No. 3:24-cv-03967-AMO
ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Declaration of Max Goldman, Exhibit 12 | 4-13 | 1-13 | 4-1 | iRhythm | **Partial**<br><br>The following columns on all pages: "Parent Date and Time (UTC)," "Document Date and Time (UTC)," "File Name or Email Subject (Redacted or Full)," "Email From or Custodian," "Commenters and/or Revisers," "To," "CC," "BCC," and "Description" | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to names and email addresses of current and | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Respondent's Opposition to Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena | 16 AND 17-2 | 17-3 | 17-1 | iRhythm | **Partial** TOC: Lines 5-6, 13-14, 17 Page 1: Lines 26-27 Page 2: Lines 2-3, 25-28 Page 3: Lines 1-6, 9-16, 18, 19, 23-24 Page 4: Lines 1-8, 10-22, 24, 27 Page 5: Lines 1, 3-15, 25-26 Page 6: Lines 1-3. 7, 9-10, 13-16, 18-23, 26 Page 7: Lines 1, 6 | **Confidential iRhythm Commercial Information:** The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public. | **GRANTED,** except as to iRhythm employee names and titles appearing in the document and excerpts from and citations to the C.F.R. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Page 11: Lines 11-12, 19-23<br><br>Page 12: Lines 1, 3-4, 10-12, 17-20<br><br>Page 13: Lines 1-7, 11, 13, 23-24<br><br>Page 14: Lines 4-5, 8-10, 13-16, 21, 27<br><br>Page 15: Lines 19, 28<br><br>Page 16: Lines 2, 7-8, 10-11<br><br>Page 19: Lines 4, 8 | **Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Mark Day in Support of Respondent's Opposition to Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena | 16-1 AND 17-4 | 17-5 | 17-1 | iRhythm | **Partial**<br><br>Page 1: Lines 7-12, 15-20, 23, 26-28<br><br>Page 2: Lines 2, 4-9, 12-16, 18-22, 24, 26-28<br><br>Page 3: Lines 1-7, 9-11, 13 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Declaration of Kristin Tahler in Support of Respondent's Opposition to Petition for Order to Show Cause and | 16-2 AND 17-6 | 17-7 | 17-1 | | **Partial**<br><br>Page 1: Lines 16, 17-20, 22-23 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Application for Enforcement of Administrative Subpoena ("Tahler Declaration") | | | | | Page 2: Lines 1, 6<br><br>Page 3: Lines 7, 10-11, 14, 16, 20, 24 | commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage | |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | individual privacy interests. | |
| Tahler Declaration Ex. 1 | 16-3 AND 17-8 | 17-9 | 17-1 | iRhythm | **Partial**<br><br>Page 1: First paragraph lines 1-2 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying | **GRANTED.** |

ORDER RE iRHYTHM'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL

| | Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| | Tahler Declaration Ex. 3 | 16-5 AND 17-10 | 17-11 | 17-1 | iRhythm | **Partial** Page 8: names Exhibit A Page 1 (PDF Page 10): names | **Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | **DENIED.** |
| | Tahler Declaration Ex. 4 | 16-6 AND 17-12 | 17-13 | 17-1 | iRhythm | **Partial** Page 1: first paragraph lines 4-5 Page 9: name and address | **Personally Identifiable Information**: The redacted material contains personally identifying information | **GRANTED,** except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Page 12: Names, titles, and dates<br><br>Page 13: first paragraph, lines 3-5 and names<br><br>Page 14: names | pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Tahler Declaration Ex. 5 | 16-7 AND 17-14 | 17-15 | 17-1 | iRhythm | **Partial**<br><br>Page 1: first paragraph, line 2<br><br>Page 9: names, titles, dates, and addresses<br><br>Exhibit A, Page 1 (PDF Page 11): name and title, subsection 3<br><br>Exhibit A, Page 2 (PDF Page 12): second paragraph, line 6 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | available to the public.<br><br>**Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |
| Government's Reply in Support of Its Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena | 22-2 | 21-2 AND 22-3 | 22-1 | iRhythm | **Partial**<br><br>Page iii: Lines 5-6, 8, 13<br><br>Page 1: Lines 3-4, 6, 12-13<br><br>Page 2: Lines 18-19, 22-25<br><br>Page 3: Lines 26, 28<br><br>Page 4: Lines 1-5, 9-16, 18, 24, 26, 28 | **Confidential iRhythm Commercial Information**: The redacted material contains confidential commercial information that is sensitive, customarily treated as private, and was provided to the Government in confidence. Not sealing this confidential commercial | **GRANTED**, except as to iRhythm employee names and titles appearing in the document. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | Page 5: Lines 1-14, 23-24 <br><br> Page 6: Lines 1-3, 6, 8-14, 16-17, 19, 21, 23, 27-28 <br><br> Page 7: Lines 1-5, 21-23, 26, 28 <br><br> Page 8: Lines 2-3, 16-19, 21-25 <br><br> Page 9: Lines 10-11, 18, 21 <br><br> Page 10: Lines 3, 12, 21 <br><br> Page 11: Lines 7, 9, 16, 18-19, 21, 28 <br><br> Page 12: Line 25 <br><br> Page 13: Lines 6, 14-16 (second, third, and fourth rows of right-most Table column), 20-21, 23-26 | information will continue to harm iRhythm competitively. All information, apart from the redacted portion, remains available to the public. <br><br> **Personally Identifiable Information**: The redacted material contains personally identifying information pertaining to the name of former employees and third parties. Not sealing this personally identifiable information could potentially damage individual privacy interests. | |

/// 

///

1    Within 14 days, iRhythm must file revised redacted versions of the above-listed documents

2   consistent with this order.

3        **IT SO ORDERED**.

4    DATED: May 30, 2025

5                                                    Hon. Araceli Martínez-Olguín
                                                     United States District Judge