1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kristin N. Tahler (Bar No. 261908)
2  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
3  Telephone: (213) 443-3000
   kristintahler@quinnemanuel.com
4
   *Attorneys for Respondent*
5  *iRhythm Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Respondent. | Civil Action No.: 3:24-cv-03967-AMO<br><br>**IRHYTHM'S ADMINISTRATIVE MOTION TO TEMPORARILY SEAL ITS EMERGENCY MOTION** |

1    Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, iRhythm Technologies, Inc. ("iRhythm") respectfully requests that the Court temporarily seal its Emergency Motion to Extend or, in the Alternative, Stay the Production Deadline Set Forth in the Court's May 30, 2025 Order (the "Emergency Motion") until June 16, 2025. iRhythm requests such relief out of an abundance of caution because the Court filed its May 30, 2025 Order (the "Order") under provisional seal. iRhythm intends to complete a full confidentiality review of the Order and address any confidentiality issues by the June 13, 2025 deadline set forth therein. iRhythm seeks to file its Emergency Motion temporarily under seal only in case the Court intended the outcome of its Order to be sealed until June 16, 2025.

The Government does not oppose temporarily sealing iRhythm's Emergency Motion until June 16, 2025. *See* Declaration of Kristin Tahler, filed concurrently herewith, ¶ 2.

DATED: June 3, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ *Kristin Tahler*

Kristin Tahler
*Attorneys for iRhythm Technologies, Inc.*