QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kristin N. Tahler (Bar No. 261908)

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
kristentahler@quinnemanuel.com

*Attorneys for Respondent*
*iRhythm Technologies, Inc.*

UNITED STATES DEPARTMENT OF
JUSTICE
YAAKOV M. ROTH
Acting Assistant Attorney General, Civil
Division
LISA K.HSIAO
Acting Director, Consumer Protection Branch
MAX J. GOLDMAN (NYBN 5304597)
Trial Attorney, Civil Division

450 5th Street, N.W.
Washington, DC 20001
Telephone: (202) 353-7664
Email: max.j.goldman@usdoj.gov

*Attorneys for Petitioner*
*United States of America*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.: 3:24-cv-03967-AMO |
|     Petitioner, | |
| v. | Hon. Araceli Martínez-Olguín |
| IRHYTHM TECHNOLOGIES, INC., | **JOINT MOTION FOR ADMINISTRATIVE RELIEF, STIPULATION, AND [PROPOSED] ORDER TO EXTEND DEADLINE** |
|     Respondent. | |

Pursuant to Local Rule 7-11, Petitioner the United States of America (the "Government") and Respondent iRhythm Technologies, Inc. ("iRhythm," and together with the Government, the "Parties"), by and through their respective undersigned counsel, stipulate and jointly move the Court for Administrative Relief to extend the deadline for filing an additional administrative motion to seal Dkt. No. 1-4, as outlined in the Court's May 30, 2025 Order on iRhythm's Consolidated Motion to Seal (the "Order").

**WHEREAS**, on May 30, 2025, the Court's Order directed iRhythm to submit a revised motion to seal Dkt. No. 1-4, with narrowly tailored proposed redactions, within seven days of the Order;

**WHEREAS**, the Court's Order also directed iRhythm to file revised redacted versions of the documents at issue in the Order within fourteen days of the Order;

**WHEREAS**, iRhythm seeks clarity regarding the timeframe within which it should submit revised proposed redactions for Dkt. No. 1-4;

**WHEREAS**, iRhythm respectfully, and out of an abundance of caution, requests additional time to conduct a thorough confidentiality analysis for Dkt. No. 1-4 and ensure its proposed redactions are appropriately tailored in accordance with the Court's order;

**WHEREAS**, iRhythm believes it can conduct the required confidentiality analysis and propose narrowly tailored redactions for Dkt. No 1-4 in the same timeframe permitted for its revised redactions of the remaining documents outlined in the Order;

**WHEREAS**, the Government does not object to this request;

**NOW THEREFORE**, subject to the approval of the Court, the Parties, through their undersigned counsel, hereby **STIPULATE and AGREE** as follows:

1.    iRhythm shall have until June 13, 2025—fourteen days from the Order—to submit a revised motion to seal Dkt. No. 1-4.

**IT IS SO STIPULATED.**

IT IS SO ORDERED.

*Araceli Martinez-Olguin*
Judge Araceli Martinez-Olguin

DATED: June 5, 2025.                    Respectfully submitted,


/s/ *Max J. Goldman*                        /s/ *Kristin N. Tahler*

Max J. Goldman                              Kristin N. Tahler
*Counsel for Petitioner the United States of*   *Counsel for iRhythm Technologies, Inc.*
*America*