1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kristin N. Tahler (Bar No. 261908)
2  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
3  Telephone: (213) 443-3000
4  kristintahler@quinnemanuel.com

5  *Attorneys for Respondent*
   *iRhythm Technologies, Inc.*
6

7                  **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9                     **SAN FRANCISCO DIVISION**

10

11

12 | UNITED STATES OF AMERICA, | Civil Action No.: 3:24-cv-03967-AMO |
13 | Petitioner, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
14 | v. | |
15 | IRHYTHM TECHNOLOGIES, INC., | |
16 | Respondent. | |

1 | Respondent iRhythm Technologies, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. § 1291 from the following orders: (1) the May 30, 2025 order (ECF No. 52) granting in part the Government's petition for an administrative subpoena; (2) the June 9, 2025 order (ECF No. 58) granting the parties' stipulation resolving all other discovery issues outstanding in the case; and (3) all subsidiary orders as merged into the above two orders.

DATED: June 13, 2025

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Kristin N. Tahler*

Kristin N. Tahler
Attorney for Respondent
IRHYTHM TECHNOLOGIES, INC.