QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin N. Tahler (Bar No. 261908)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kristintahler@quinnemanuel.com

*Attorneys for Respondent iRhythm Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>   Respondent. | Civil Action No.: 3:24-cv-03967-AMO<br><br>**NOTICE OF FILING** |

iRhythm Technologies, Inc. ("iRhythm"), by and through its undersigned counsel, hereby respectfully gives notice that on June 16, 2025 it filed an Emergency Motion Under Circuit Rule 27-3 For A Stay Pending Appeal And For An Immediate Administrative Stay in the Ninth Circuit Court of Appeals, Case No. 25-3736.  iRhythm's motion seeks a stay pending appeal of this Court's June 20 production deadline for the Consultant Reports and related documents.  See Dkt. No. 52.  The motion is attached in redacted form as Exhibit A, hereto.

DATED: June 17, 2025.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Kristin N. Tahler*

Kristin N. Tahler
*Attorneys for iRhythm Technologies, Inc.*