| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kristin N. Tahler (Bar No. 261908)<br><br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>kristentahler@quinnemanuel.com<br><br>*Attorneys for Respondent*<br>*iRhythm Technologies, Inc.* | UNITED STATES DEPARTMENT OF JUSTICE<br>BRETT A. SHUMATE<br>Assistant Attorney General, Civil Division<br>LISA K. HSIAO<br>Acting Director, Consumer Protection Branch<br>MAX J. GOLDMAN (NYBN 5304597)<br>Trial Attorney, Civil Division<br><br>450 5th Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 353-7664<br>Email: max.j.goldman@usdoj.gov<br><br>*Attorneys for Petitioner*<br>*United States of America* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>   Respondent. | Civil Action No.: 3:24-cv-03967-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER FOR A STAY OF PROCEEDINGS RELATED TO IRHYTHM'S MOTION TO STAY** |

1    Pursuant to Local Rule 7-11, Petitioner the United States of America (the "Government")
2 and Respondent iRhythm Technologies, Inc. ("iRhythm," and together with the Government, the
3 "Parties"), by and through their respective undersigned counsel, stipulate and jointly move the Court
4 for a stay of all proceedings related to iRhythm's Emergency Motion to Stay or, in the Alternative,
5 to Extend the Production Deadline Set Forth in the May 30, 2025 Order (ECF 59).

6    **WHEREAS**, on June 11, 2025, iRhythm moved this Court to Stay or, in the Alternative, to
7 Extend the Production Deadline Set Forth in the May 30, 2025 Order (ECF 59);

8    **WHEREAS**, the docket entry reflects that the Government would be obligated to respond
9 to iRhythm's Emergency Motion to Stay or, in the Alternative, to Extend the Production Deadline
10 Set Forth in the May 30, 2025 Order by June 25, 2025, and iRhythm would be obligated to submit
11 its reply by July 2, 2025, subject to a hearing on July 3, 2025 (ECF 59);

12    **WHEREAS**, on June 13, 2025, iRhythm filed its notice of appeal to the Ninth Circuit Court
13 of Appeals (ECF 60);

14    **WHEREAS**, on June 16, 2025, iRhythm filed an Emergency Motion Under Circuit Rule
15 27-3 for a Stay Pending Appeal and for an Immediate Administrative Stay in the Court of Appeals
16 (ECF 64);

17    **WHEREAS**, on June 17, 2025, the Court of Appeals administratively stayed this Court's
18 May 30, 2025 Order Granting in Part the Petition for Enforcement of Administrative Subpoena
19 pending resolution of the motion for a stay pending appeal (ECF No. 10, *United States v. iRhythm*
20 *Tech., Inc.* No. 25-3736 (9th Cir. 2025));

21    **WHEREAS**, on June 20, 2025, the Court of Appeals granted the parties' Motion for
22 Extension of Time and ordered the Government to respond to iRhythm's Emergency Motion Under
23 Circuit Rule 27-3 for a Stay Pending Appeal by June 27, and for iRhythm to submit its reply by July
24 14, 2025 (ECF No. 13, *United States v. iRhythm Tech., Inc.* No. 25-3736 (9th Cir. 2025));

25    **WHEREAS,** the Government believes that judicial efficiency and consistency will be
26 promoted by awaiting the Ninth Circuit's ruling on iRhythm's Emergency Motion Under Circuit
27 Rule 27-3 for a Stay Pending Appeal;

28    **WHEREAS**, iRhythm does not object to this request;

**NOW THEREFORE**, subject to the approval of the Court, the Parties, through their undersigned counsel, hereby **STIPULATE and AGREE** as follows:

1. The Court shall stay all proceedings related to iRhythm's Emergency Motion to Stay or, in the Alternative, to Extend the Production Deadline Set Forth in the May 30, 2025 Order (ECF 59) while the Ninth Circuit Court of Appeals considers iRhythm's Emergency Motion Under Circuit Rule 27-3 for a Stay Pending Appeal and maintains its own administrative stay.

2. In the event that the Ninth Circuit Court of Appeals denies iRhythm's Emergency Motion Under Circuit Rule 27-3 for a Stay Pending Appeal, this stay shall terminate and iRhythm shall have 20 days to produce the withheld documents from that date.

3. Accordingly, the docket entry directing the Government to respond to iRhythm's Emergency Motion to Stay or, in the Alternative, to Extend the Production Deadline Set Forth in the May 30, 2025 Order by June 25, 2025, and for iRhythm to submit its reply by July 2, 2025, and scheduled oral argument for July 3, 2025, is stayed pending the resolution of iRhythm's Emergency Motion Under Circuit Rule 27-3 for a Stay Pending Appeal.

4. The Clerk is directed to remove the July 3 hearing from the calendar.

**IT IS SO STIPULATED.**

DATED: June 24, 2025.                                      Respectfully submitted,

  /s/                                                                        /s/
Max J. Goldman                                             Kristin N. Tahler
*Counsel for Petitioner the United States of America*      *Counsel for iRhythm Technologies, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: _____, 2025

                                                           _____
                                                           Hon. Araceli Martínez-Olguín
                                                           United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on June 24, 2025.

> _/s/_
> Max J. Goldman

12092-00001/17060562.2