FILED

JUL 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-3736 |
| Petitioner - Appellee, | D.C. No. 3:24-cv-03967-AMO Northern District of California, San Francisco |
| v. | |
| iRHYTHM TECHNOLOGIES, INC., | ORDER |
| Respondent - Appellant. | |

Before: SILVERMAN and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 15) to stay the district court's May 30, 2025 order is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal); *Mi Familia Vota v. Fontes*, 111 F.4th 976, 980-81 (9th Cir. 2024) (order) (explaining that the *Nken* factors of likelihood of success and irreparable injury fall on a "sliding scale" and that a stay pending appeal may be warranted where the movant "demonstrate[s] that serious legal questions are raised and that the balance of hardships tips sharply in its favor" (internal quotation marks and citations omitted)).

The motions to seal and the notice of intent to unseal will be addressed by separate order. The clerk will maintain the motion for stay pending appeal, the response to the motion, the reply, and the supporting declarations and exhibits

under provisional seal until further order of the court.

The existing briefing schedule remains in effect.